HAVANA BRIDGE WORKS, Respondent, *v.* IRVING D. BOOTH, as Temporary Receiver of the ELMIRA MACHINE AND FOUNDRY COMPANY, Appellant, Impleaded with Others.

*Havana Bridge Works* v. *Elmira M. & F. Co.*, 35 App. Div. 624, affirmed. (Submitted January 22, 1900; decided February 6, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered November 28, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Frederick Collin* for appellant.

*Robert T. Turner* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE SKANEATELES WATER WORKS COMPANY, Appellant, *v.* THE VILLAGE OF SKANEATELES; E. NORMAN LESLIE, as President of Said Village; JOHN CONNELL, EDWIN WHITING, EDWARD DENT, as Trustees of said Village, and LEMUEL D. HALL, EDWARD ECKETT, JAMES A. ROOT and JOHN L. SHULTZ, as Water Commissioners of the Village of Skaneateles, Respondents.

(Submitted January 22, 1900; decided February 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 154.)